IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 13-cv-00143-MSK-BNB | Date: | March 31, 2014 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| ANIMAL CARE SYSTEMS, INC., | *Craig R. Smith* |
| **Plaintiff(s)** | |
| v. | |
| HYDROPAC/LAB PRODUCTS, INC., | *Steven B. Pokotilow* |
| | *Todd P. Blakely* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:29 p.m.

Appearance of counsel.

Argument held on LPI's Motion for Leave to File Answer and Second Amended Counterclaims and Join Michael O'Connor as a Counterclaim Defendant [48] filed on November 27, 2013.

For reasons stated on the record, it is

**ORDERED:** (1) LPI's Motion for Leave to File Answer and Second Amended Counterclaims and Join Michael O'Connor as a Counterclaim Defendant [48] is **GRANTED**.

(2) LPI's Unopposed Motion for Leave to Appear by Telephone [56] is **DENIED as moot.**

Court in Recess:  2:11 p.m.    Hearing concluded.    Total time in Court:  00:42