IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00143-MSK-BNB

ANIMAL CARE SYSTEMS, INC.,

Plaintiff,

v.

HYDROPAC/LAB PRODUCTS, INC.,

Defendant.

---------
and
---------

Civil Action No. 13-cv-00415-MSK-BNB

HYDROPAC/LAB PRODUCTS, INC.,

Plaintiff,

v.

ANIMAL CARE SYSTEMS, INC.,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **LPI's Motion for Leave to File Answer and Second Amended Counterclaim and Join Michael O'Connor as a Counterclaim Defendant** [Doc. # 48, filed 11/27/2013] (the

"Motion to Amend");[1] and

    (2)    LPI's **Unopposed Motion for Leave to Appear By Telephone** [Doc. # 56, filed 1/15/2014] (the "Motion to Appear").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

    IT IS ORDERED:

    (1)    The Motion to Amend [Doc. # 48] is GRANTED. The Clerk of the Court is directed to accept for filing LPI's Answer and Second Amended Counterclaims [Doc. # 48-1];

    (2)    LPI's Motion for Leave to File Second Amended Complaint and Join Michael O'Connor [Doc. # 52] in the consolidated case--Civil Action No. 13-cv-00415--is moot as a result of this order, and the Clerk of the Court is directed to terminate that motion; and

    (3)    The Motion to Appear [Doc. # 56] is DENIED as moot.

Dated March 31, 2014.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge

---

[1] An identical motion appears in the consolidated case--Civil Action No. 13-cv-00415--as Doc. # 52. The parties agree that my ruling here also resolves the motion in the consolidated case.