**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ANIMAL CARE SYSTEMS, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>HYDROPAC/LAB PRODUCTS, INC.,<br><br>                              Defendant/Third-Party Plaintiff,<br><br>v.<br><br>MICHAEL O'CONNOR,<br><br>                              Third-Party Defendant. | Civil Action No. 1:13-cv-00143-MSK-NYW |

and

| | |
|---|---|
| HYDROPAC/LAB PRODUCTS, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>ANIMAL CARE SYSTEMS, INC.,<br><br>                              Defendant. | Civil Action No. 1:13-cv-00415-MSK-NYW |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Animal Care Systems, Inc. and Defendant Hydropac/Lab Products, Inc., through their undersigned counsel, hereby stipulate that the claims and counterclaims set forth in the Complaint have been

resolved. All such claims and this action are hereby dismissed with prejudice. Each of the undersigned parties shall bear its own attorneys' fees and costs. The parties further stipulate, and the Court hereby orders, that this Court explicitly retains jurisdiction to enforce compliance with the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-382, 114 S. Ct. 1673, 1677 (1994). The parties further agree that any party may reopen this case solely for the purposes of enforcing the settlement agreement.

Dated: July 30, 2015

By: s/ Craig R. Smith
    Craig R. Smith
    William J. Seymour
    LANDO & ANASTASI, LLP
    Riverfront Office Park
    One Main Street – 11th Floor
    Cambridge, MA 02142
    Tel.:   617-395-7000
    Fax:   617-395-7070
    E-mail:  csmith@lalaw.com

    Jane Michaels
    HOLLAND & HART LLP
    555 Seventeenth Street, Suite 3200
    Denver, Colorado 80202-3979
    Tel.:   303-295-8162
    Fax:   303-295-8261
    E-mail:  jmichaels@hollandhart.com

*Attorneys for Animal Care Systems, Inc.
And Michael O'Connor*

Respectfully submitted,

By: s/ Todd P. Blakely
    Todd P. Blakely
    George T. Scott
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, Colorado 80202-5141
    Tel.:   303-863-9700
    Fax:   303-863-0223
    E-mail:  tblakely@sheridanross.com
             jscott@sheridanross.com
             litigation@sheridanross.com

    Steven B. Pokotilow
    Madelon L. Witte
    Stroock & Stroock & Lavan LLP
    180 Maiden Lane
    New York, New York 10038
    Tel.:   212-806-6663
    Fax:   212-806-7663
    E-mail:  spokotilow@stroock.com
             mwitte@stroock.com

*Attorneys for Hydropac/Lab Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this July 30, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                            s/ Lori R. Brown
                                                            Lori R. Brown
                                                            Assistant to Todd P. Blakely
                                                            SHERIDAN ROSS P.C.
                                                            1560 Broadway, Suite 1200
                                                            Denver, CO 80202-5141
                                                            Telephone: 303-863-9700
                                                           Facsimile: 303-863-0223
                                                           Email: lbrown@sheridanross.com
                                                                            litigation@sheridanross.com